--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 June 11, 2015
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 11[th] day of June, 2015.

10-15-00018-CV BILLY JOE AKINS, DAVID AKINS, MARILYN AKINS, AND CHAPARRAL INSULATION, INC. D/B/A CHAPARRAL MOTORS AND LOCHRIDGE PRIEST, INC. v. PJC LOGISTICS, LLC, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF LOCHRIDGE-PRIEST, INC. - ON APPEAL FROM THE 170[TH] DISTRICT COURT OF McLENNAN COUNTY - TRIAL COURT NO. 2014-3463-4 - DISMISSED - Memorandum Opinion by Justice Scoggins:

"This cause came on to be heard on the joint motion of appellant and appellee to dismiss appeal, and the same being considered, because it is the opinion of the Court said motion should be granted; it is therefore ordered, adjudged and decreed that said motion be, and hereby is, granted. It is further ordered, adjudged and decreed that the appeal be, and hereby is, dismissed. It is further ordered that costs are taxed against the party incurring same and that this decision be certified below for observance."